STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JACK E. BALDWIN, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Mary Aurigemma,* for the petitioner.

*Mr. Karl Asch* and *Mr. Arthur J. Timmins,* for the respondent.

May 26, 1970. Denied.

JOSEPHINE C. ROBB, PLAINTIFF-RESPONDENT, v. MIL-DRED VALENTINO, *ET AL.*, DEFENDANTS-PETITION-ERS.

*Messrs. Krieger & Kline,* for the petitioners.

*Messrs. Capone, Gittlemen & Anastasi* and *Mr. Raymond W. Young,* for the respondent.

May 26, 1970. Denied.

WILLIAM BAUER, AN INCOMPETENT, BY HIS GUARDIAN *AD LITEM;* RONALD R. BAUER, PLAINTIFF-PETI-TIONER, v. ALEX T. GRIFFIN, DEFENDANT-RESPON-DENT.

See same case below: 108 *N. J. Super.* 414.

*Mr. Edwin A. Kolodziej* and *Mr. Michael A. Cohan,* for the petitioner.

*Messrs. Hughes, McElroy, Connell, Foley & Geiser,* for the respondent.

May 26, 1970. Denied.